**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Tillman, | No. CV07-756-PHX-SMM |
| Plaintiffs, | **ORDER** |
| v. | |
| Dale Cillian, et al., | |
| Defendants. | |

IT IS ORDERED vacating the settlement conference set for December 13, 2007 at 1:30 p.m. before Magistrate Judge Michelle H. Burns, in light of defendants failure to comply with the Court's Settlement Order (Doc. #10). The Court is considering whether or not to impose sanctions for the failure to comply.

DATED this 12th day of December, 2007.

*Michelle H. Burns*
Michelle H. Burns
United States Magistrate Judge