WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Tillman, | ) CV 07-756-PHX-SMM |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| Dale Cillian and Jane Doe Cillian, husband and wife, | ) |
| Defendants. | ) |

Having reviewed Stipulation for an Order Relieving Counsel of Further Representation of Defendant with Consent of Defendant (Doc. 21), and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the Stipulation (Doc. 21). The Law Office of Davis Miles, PLLC is hereby **WITHDRAWN** as counsel for Defendant Dale Cillian.

**IT IS FURTHER ORDERED** that all future notices, correspondence, pleadings, minute entries, orders, etc., in this matter should be sent directly to Defendant Dale W. Cillian at the following address:

> 1015 N McQueen Rd. #166
> Gilbert, AZ 85233
> (602) 234-6856

DATED this 25th day of August, 2008.

_____
Stephen M. McNamee
United States District Judge