**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| MICHAEL J. TILLMAN ) | No. CV 07-000756-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| v. ) |  |
| DALE CILLIAN AND JANE DOE ) CILLIAN, husband and wife ) |  |
| Defendants. ) |  |

Before the Court is Defendant Dale Cillian's Request for Extension (Doc. 23) and Plaintiff's Objection to Defendant's Request for Extension (Doc. 24). The Defendant requests that the deadlines for completing witness lists and interrogatories be extended because Defendant is in the process of obtaining new counsel.

Defendant has not shown good cause for the requested extension. Therefore the deadlines for completing discovery shall remain as set forth in the Scheduling Order dated March 25, 2008 (Doc. 18).

Accordingly,

**IT IS HEREBY ORDERED** denying Defendant Dale Cilian's Request for Extension (Doc. 23).

DATED this 7th day of October, 2008.

*/s/ Stephen M. McNamee*
Stephen M. McNamee
United States District Judge