**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL J. TILLMAN,<br><br>             Plaintiff,<br><br>v.<br><br>DALE CILLIAN AND JANE DOE CILLIAN, husband and wife,<br><br>             Defendants. | CV 07-000756-PHX-SMM<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

Pursuant to the parties' Stipulation to Dismiss (Doc. 29) filed with this Court on December 11, 2008,

**IT IS HEREBY ORDERED** that this action is dismissed as to all claims, with prejudice, each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the Final Pre-Trial Conference scheduled for February 12, 2009 is **VACATED.**

DATED this 12th day of December, 2008.

Stephen M. McNamee
United States District Judge